# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| JAMES E. CORMICAN, | |
| Plaintiff, | CIVIL ACTION NO.: 6:18-cv-61 |
| v. | |
| MARTY C. ALLEN, | |
| Defendant. | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| JAMES CORMICAN, | |
| Plaintiff, | CIVIL ACTION NO.: 6:18-cv-78 |
| v. | |
| CREDIANE BURDEN; and CONSUAYLA TARVER, | |
| Defendants. | |

## **O R D E R**

Plaintiff has filed 42 U.S.C. § 1983 Complaints in the two above-captioned cases. (Doc. 1; Doc. 1.)[1] For the reasons which follow, the Court **DIRECTS** the Clerk of Court to: **FILE** all pleadings in Case Number 6:18-cv-78 upon the record and docket of Case Number 6:18-cv-61;

---

[1] In citing to the dockets in both cases, the Court references the filings in Case Number 6:18-cv-61 first and then to those in Case Number 6:18-cv-78.

**CONSOLIDATE** Case Number 6:18-cv-78 into Case Number 6:18-cv-61; **ADD** "Crediane Burden" and "Consuayla Tarver" as named Defendants upon the record and docket of Case Number 6:18-cv-61; and **CLOSE** Case Number 6:18-cv-78 and enter the appropriate judgment of dismissal.

## BACKGROUND

Plaintiff filed three separate complaints in this District within a few weeks, each arising from the same set of facts. On June 6, 2018, Plaintiff filed a complaint in Case Number 6:18-cv-61. (Doc. 1.) In the 6:18-cv-61 Complaint, Plaintiff alleges he began writing to Defendant Allen in December 2017 about terroristic threats, extortion, and drug sales occurring in Georgia State Prison. (Id. at p. 5.) Plaintiff contends other inmates have attacked him twice and threatened his family. Plaintiff states nothing other than a brief investigation was done in response to his complaints. (Id.) The Court granted Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*. (Docs. 2, 4.)

On July 9, 2018, filed a second complaint in a separate case, Case Number 6:18-cv-75. (Doc. 1.) In the 6:18-cv-75 Complaint, Plaintiff alleges he wrote several letters to the investigation team at Georgia State Prison regarding attacks on his person, threats to his and his family's lives, and drug sales occurring in the cell block. (Id. at p. 5.) Plaintiff asserts, other than a minor investigation, nothing was done about his complaints. (Id.)

On July 16, 2018, Plaintiff filed a third complaint in a separate case, Case Number 6:18-cv-78. (Doc. 1.) In the 6:18-cv-78 Complaint, Plaintiff alleges he wrote or spoke to Counselor Burden three times about drugs being brought into the dorm and various attacks of which he was a victim. (Id. at p. 5.) Plaintiff asserts that, after his family reached out to Georgia State Prison,

2

they were told Plaintiff was lying and had not been attacked. (Id.) Plaintiff also asserts that Sergeant Tarver denied him his seizure medication in retaliation for his filing lawsuits.

The Court previously consolidated Case Number 6:18-cv-75 into Case Number 6:18-cv-61 because of their extreme similarities in these cases. (Doc. 15.)

## DISCUSSION

The Court notes a district court has authority to consolidate multiple actions if they "involve a common question of law or fact." Fed. R. Civ. P. 42(a). Plaintiff's filings contain largely identical legal claims arising from the same set of related facts. At the core of his claims, Plaintiff contends he reported illegal activity to officials at Georgia State Prison, he was attacked, other inmates threatened him and his family, officials conducted a brief investigation, and one officer retaliated against him in response to his complaints. Plaintiff seeks monetary damages and his release from state custody so he can testify on the State's behalf. (Doc. 1, p. 6; Doc. 1, p. 6.)

The Court previously consolidated Plaintiff's first two cases based on these similarities. (Doc. 15). It is appropriate to consolidate Plaintiff's third case, Case Number 6:18-cv-78, as well because it is similar to Plaintiff's two previous cases. With this consolidation, all of Plaintiff's Complaints will be gathered into one case, Case Number 6:18-cv-61. Because Plaintiff's claims will all be addressed in this single case, any filings Plaintiff wishes to make concerning the alleged inaction of Defendants at Georgia State Prison should be made in Case Number 6:18-cv-61.

## CONCLUSION

For the reasons set forth above, the Court **DIRECTS** the Clerk of Court to: **FILE** all pleadings in Case Number 6:18-cv-78 upon the record and docket of Case Number 6:18-cv-61; **CONSOLIDATE** Case Number 6:18-cv-78 into Case Number 6:18-cv-61; **ADD** "Crediane Burden" and "Consuayla Tarver" as named Defendants upon the record and docket of Case

Number 6:18-cv-61; and **CLOSE** Case Number 6:18-cv-78 and enter the appropriate judgment of dismissal.

    **SO ORDERED**, this 2nd day of July, 2019.

                                          R. STAN BAKER
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF GEORGIA