# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| JAMES E. CORMICAN, | |
| Plaintiff, | CIVIL ACTION NO.: 6:18-cv-61 |
| v. | |
| MARTY C. ALLEN; CREDIANE BURDEN; CONSUAYLA TARVER; and GEORGIA STATE PRISON INVESTIGATION TEAM, | |
| Defendants. | |

## **O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 31). No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities and his claims against Defendants Allen, Burden, and the Georgia State Prison Investigations Team in their entirety and **DENIES** Plaintiff leave to appeal *in forma pauperis* as to these dismissed claims. Plaintiff's retaliation claim against Defendant Tarver remains pending.

**SO ORDERED**, this 4th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA