AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMES E. CORMICAN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:18-cv-61

CONSUAYLA TURNER,

Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated August 4, 2020, adopting the United States Magistrate Judge's Report and Recommendation as the opinion of the Court, judgment is hereby entered dismissing Plaintiff's complaint without prejudice and denying Plaintiff leave to appeal in forma pauperis.  This case stands closed.

Approved by: _____

August 5, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03